**No. 10-6122. Deborah Kay Stout, Petitioner v. Wendy Hobbs, Warden.**

562 U.S. 1173, 131 S. Ct. 988, 178 L. Ed. 2d 816, 2011 U.S. LEXIS 162.

January 10, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1009, 131 S. Ct. 517, 178 L. Ed. 2d 382, 2010 U.S. LEXIS 8465.